UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN N. PIERSON   DEBRA L. PIERSON
        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

KEVIN N. PIERSON   DEBRA L. PIERSON
        Respondent(s)

CHAPTER 13

CASE NO: 5-19-00127-RNO

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 27, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on January 11, 2019.

2. A hearing was held and an Order was entered on April 17, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/ Agatha R. McHale, Esq.
        Id: 47613
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: KEVIN N. PIERSON<br>DEBRA L. PIERSON<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-00127-RNO |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  Date: July 24, 2019
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street  Time: 09:30 AM
Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: June 27, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KEVIN N. PIERSON
DEBRA L. PIERSON

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

KEVIN N. PIERSON
DEBRA L. PIERSON

Respondent(s)

CHAPTER 13

CASE NO: 5-19-00127-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 27, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA   18431- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| KEVIN N. PIERSON<br>222 ANNETTE MARIE DRIVE<br>LONG POND, PA   18334- | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   June 27, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: KEVIN N. PIERSON
       DEBRA L. PIERSON

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant |  |
| KEVIN N. PIERSON<br>DEBRA L. PIERSON | CASE NO: 5-19-00127-RNO |
| Respondent(s) |  |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.