IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KEVIN N. PIERSON | : | |
| DEBRA L. PIERSON | : | |
| Debtor(s) | : | NO. 5-19-00127-RNO |

| | | |
|---|---|---|
| CHARLES J. DEHART, III | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| KEVIN N. PIERSON | : | |
| DEBRA L. PIERSON | : | |
| Respondent(s) | : | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE

**AND NOW COME,** KEVIN N. PIERSON AND DEBRA L. PIERSON, Debtors, by and through their attorney, Kimberly D. Martin, and file this Objection as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. By way of further answer, Debtors are in the process of compiling information necessary for their plan. Debtors do not want their bankruptcy case dismissed. Debtors will file an amended plan prior to the hearing.

**WHEREFORE,** KEVIN N. PIERSON AND DEBRA L. PIERSON, Debtors, respectfully request this Honorable Court to not dismiss their case.

Dated: 6/27/2018

Respectfully Submitted,

_____/s/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
kmartin@martin-law.net