```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00127-RNO
Kevin N. Pierson                                                Chapter 7
Debra L. Pierson
         Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: LyndseyPr           Page 1 of 1         Date Rcvd: Jul 09, 2019
                           Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb         +Kevin N. Pierson,   Debra L. Pierson,   222 Annette Marie Drive,   Long Pond, PA 18334-9776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John J. Martin     on behalf of Debtor 1 Kevin N. Pierson jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              John J. Martin     on behalf of Debtor 2 Debra L. Pierson jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Kimberly D Martin     on behalf of Debtor 2 Debra L. Pierson kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin     on behalf of Debtor 1 Kevin N. Pierson kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              Mario John Hanyon     on behalf of Creditor    FLAGSTAR BANK, FSB pamb@fedphe.com
              Thomas   Song    on behalf of Creditor    FLAGSTAR BANK, FSB pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*
KEVIN N. PIERSON : Case No. 5-19-00127-RNO
DEBRA L. PIERSON :
: Chapter 13
*Debtors* :

**ORDER GRANTING MOTION BY DEBTORS TO CONVERT TO CHAPTER 7 BANKRUPTCY**

Upon consideration of the foregoing Motion and good cause having been shown, it is

**ORDERED**, that the above captioned Motion by Debtors to Convert to Chapter 7 Bankruptcy is hereby GRANTED.

Dated: July 9, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)